KINGSTON, Commissioner of Banking, Receiver, Respondent, vs. SCHULTZ and another, Appellants.

HAGEN and others, Commissioners of Banking, etc., Respondents, vs. SCHULTZ and another, Appellants.

For the appellants: *V. H. Cady* of Baraboo.

For the respondents: *Grotophorst, Quale & Langer* of Baraboo.

*By the Court.*—Judgment affirmed.

GRADY, Appellant, vs. VERNON MUTUAL FIRE INSURANCE COMPANY, Respondent.

For the appellant: *Edward J. Burke* of Milwaukee.

For the respondent: *Salen & Brenner* of Waukesha.

*By the Court.*—Judgment affirmed.

ESTATE OF EVANS: LADWIG and another, Appellants, vs. GATES, Executor, Respondent.

For the appellants: *Lehner & Lehner* of Princeton.

For the respondent: *George B. Heaney* of Berlin, attorney, and *T. L. Doyle* of Fond du Lac of counsel.

*By the Court.*—Judgment affirmed.